```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ANDREW ZHANG,

                Plaintiff,

- against -

MIZENSIR, LLC,

                Defendant.

24-cv-790 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to discuss settlement and provide an update to the Court by **April 30, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
          January 30, 2025

                                          John G. Koeltl
                                    United States District Judge